1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN RE: | ) MDL No. 2497 |
| 12  AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | ) ) ) |
| 13 | ) This Document Relates to: Case No. CV13-05533 YGR |
| 14  WENDELL HOM, | ) ) |
| 15          Plaintiff, | ) [PROPOSED] ORDER RE ) DISMISSAL WITH PREJUDICE |
| 16      vs. | ) ) |
| 17  ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation, | ) ) ) |
| 18 | ) |
| 19          Defendants. | ) ) |
| 20 | ) |

21      **IT IS HEREBY ORDERED** that Case No. CV13-05533 YGR, an

22  individual plaintiff's case which is part of MDL Case No. 2497, is hereby

23  dismissed with prejudice.

24

25  Date: ___April 30, 2015___

26                                        _____
                                           Honorable Yvonne Gonzalez Rogers
27                                         United States District Judge

28